IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAHEEM HANIF,

     Plaintiff,                     No. 2:11-cv-1569 KJN (TEMP) P

    vs.

SOLANO COUNTY JAIL, et al.,

     Defendants.            <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding without counsel, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not, however, filed an in forma pauperis affidavit or paid the required filing fee.  <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a).  Therefore, plaintiff will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1.  Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply with this order may result in the dismissal of this action; and

////

1    2. The Clerk of the Court is directed to send plaintiff a new Application to
2 Proceed In Forma Pauperis By a Prisoner.
3 DATED: June 17, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

hani1569.3a

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10  RAHEEM HANIF,
11         Plaintiff,                    No. 2:11-cv-1569 KJN (TEMP) P
12     vs.
13  SOLANO COUNTY JAIL, et al.,          SUBMISSION OF
14         Defendants.                   IFP or FILING FEE
15  _____/
16         Plaintiff hereby submits the following document in compliance with the court's
17  order filed _____:
18         _____          IFP affidavit
19         _____          The appropriate filing fee
20  DATED:
21
22
                                         _____
23                                                  Plaintiff
24
25
26