IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAHEEM HANIF,

      Plaintiff,                   No. CIV S-11-1569 KJN (TEMP) P

vs.

SOLANO COUNTY JAIL, et al.,        ORDER AND

      Defendants.            FINDINGS AND RECOMMENDATIONS

_____/

      By an order filed June 20, 2011, plaintiff was ordered to file a request to proceed in forma pauperis or pay the appropriate filing fee within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order.[1]

      Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to this case; and

      IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

---

[1] Although it appears from the file that plaintiff's copy of the court's June 20, 2011, order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

1    These findings and recommendations are submitted to the United States District
2  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen
3  days after being served with these findings and recommendations, plaintiff party may file written
4  objections with the court and serve a copy on all parties.  Plaintiff is advised that failure to file
5  objections within the specified time may waive the right to appeal the District Court's order.
6  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
7  DATED: July 25, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

hani1569.fifp